IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRYAN BUTAKIS,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **NVR, INC. T/A NVHOMES,** <br><br> Defendant. | **Civil Action No. 2:22-cv-02971-KSM** |

## MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs, by and through their counsel, Sauder Schelkopf LLC, will move before the Honorable Karen S. Marston, U.S.D.J., of the United States District Court for the Eastern District of Pennsylvania, located at 601 Market Street, Room 16613, Philadelphia, PA 19106, for the entry of an order granting final approval of a proposed class action settlement. In support of this motion, Plaintiffs rely upon the accompanying brief and other related materials in support of their motion.

Dated: March 24, 2025

Respectfully submitted,

By: */s/ Joseph B. Kenney*
Joseph B. Kenney
Matthew D. Schelkopf
**Sauder Schelkopf LLC**
1109 Lancaster Avenue
Berwyn, PA 19312
Phone: (888) 711-9975
jbk@sstriallawyers.com
mds@sstriallawyers.com

*Class Counsel*

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing *MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT* was filed via the Court's CM/ECF system, thereby electronically serving it on all counsel of record.

*/s/ Joseph B. Kenney*
Joseph B. Kenney