IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRYAN BUTAKIS,** *on behalf of himself and all others similarly situated, et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>**NVR, INC.,** *doing business as NVHOMES,*<br><br>Defendant. | CIVIL ACTION<br><br>NO. 22-2971-KSM |

## ORDER

**AND NOW**, this 11th day of April, 2025, upon consideration of Plaintiffs' unopposed motions for final approval of the class action settlement (Doc. No. 54) and for attorneys' fees, service awards, and litigation expenses (Doc. No. 51), the entire record in this matter, and after a final fairness hearing with the parties on April 7, 2025, the Court finds as follows:

1. The motion for final approval of the class action settlement (Doc. No. 54) is **GRANTED** for the reasons set forth in the accompanying memorandum.

2. The Court **CERTIFIES** the following settlement class pursuant to Federal Rules of Procedure 23(a) and 23(b)(3): All persons who, in purchasing a home at the Greystone, received the NID Disclosure and settled on the home during the period beginning January 28, 2021, and ending on July 28, 2022. The Court also **CERTIFIES** the following settlement subclasses:

   a. <u>One Year Paid Off Subclass</u>: All persons who (i) settled on a home at the Greystone beginning July 28, 2021, and ending on July 28, 2022, and (ii) have paid off the Special Assessment associated with the home in full

before the Effective Date. This includes original purchasers but not subsequent purchasers in this period.

    b.    <u>Added Six Month Paid Off Subclass</u>: All persons who (i) settled on a home at the Greystone beginning January 28, 2021, and ending on July 27, 2021, and (ii) have paid off the Special Assessment associated with the home in full before the Effective Date. This includes original purchasers but not subsequent purchasers in this period.

    c.    <u>One Year Still Paying Subclass</u>: All persons who (i) settled on a home at the Greystone beginning July 28, 2021, and ending on July 28, 2022, and (ii) have not paid off the Special Assessment associated with the home in full before the Effective Date. This includes original purchasers but not subsequent purchasers in this period.

    d.    <u>Added Six Month Still Paying Subclass</u>: All persons who (i) settled on a home at the Greystone beginning January 28, 2021, and ending on July 27, 2021, and (ii) have not paid off the Special Assessment associated with the home in full before the Effective Date. This includes original purchasers but not subsequent purchasers in this period.

3. Notice of the Settlement Agreement to the settlement class required by Rule 23(e) of the Federal Rules of Civil Procedure has been provided in an adequate and sufficient manner, constitutes the best notice practicable under the circumstances, and satisfies due process and Rules 23(c)(2)(B) and 23(e) of the Federal Rules of Civil Procedure.

4. The Settlement Agreement is **APPROVED** pursuant to Federal Rule of Civil Procedure 23(e) because the Court finds that it is fair, reasonable, and adequate to all class members.

5. The motion for approval of requested attorneys' fees, service awards, and litigation expenses (Doc. No. 51) is **GRANTED**.  The Court approves the payment of $90,000 to class counsel for attorneys' fees and litigation expenses, and $2,000 to each class representative ($4,000 total) as service awards.

6. The settlement administrator shall distribute the settlement payments as set forth in the Settlement Agreement.

7. This matter is **DISMISSED WITH PREJUDICE**, and the Clerk of Court shall mark the matter **CLOSED.**  The Court will maintain jurisdiction over the enforcement of the settlement.

    **IT IS SO ORDERED.**

                         */s/ Karen Spencer Marston*
                         KAREN SPENCER MARSTON, J.